AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Sharon Murphy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40143 FDS**

TO: (Name and address of Defendant)

Sharon Murphy
78 Pennacook Drive
Leominster, MA 01453-4584

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          August 22, 2005
CLERK                                       DATE

_/s/ Kathleen Hassett_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*                                                08/30/2005

I hereby certify and return that on 08/29/2005 at 03:50pm I served a true and attested copy of the Summons and Complaint, Attachment in this action in the following manner: To wit, by leaving at the last and usual place of abode of SHARON MURPHY at 78 PENNACOOK DR, LEOMINSTER, MA and by mailing first class mail to the above address on 08/30/2005. Fees: Service 20.00, Travel 3.84, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00
Total Fees: $39.84

Deputy Sheriff Gregory A Carr                    *Greg Carr*

                                                   **Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                      Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.