UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: **05-40143 FDS**
ANSWER

## NATURE OF ACTION

1. Insufficient, but Defendant denies any wrong doing.

2. Deny

## PARTIES

3. Insufficient, but Defendant denies any wrong doing.

4. Admit

## JURISDICTION AND VENUE

5. Insufficient, but Defendant denies any wrong doing.

6. Insufficient, but Defendant denies any wrong doing.

## GENERAL ALLEGATIONS

7. Insufficient, but Defendant denies any wrong doing.

8. Insufficient, but Defendant denies any wrong doing.

9. Insufficient, but Defendant denies any wrong doing.

10. Insufficient, but Defendant denies any wrong doing.

11. Insufficient, but Defendant denies any wrong doing.

12. Insufficient, but Defendant denies any wrong doing.

13. Deny

14. Insufficient, but Defendant denies any wrong doing.

15. Deny

16. Deny

## COUNT I
### (Violation 47 U.S.C. § 553)

17. Defendant re-asserts Answers 1 – 16 above.

18. Deny

19. Insufficient, but Defendant denies any wrong doing.

20. Insufficient, but Defendant denies any wrong doing.

21. Deny

22. Insufficient, but Defendant denies any wrong doing.

23. Deny

## COUNT II
### (Conversion)

24. Defendant re-asserts Answers 1 – 23 above

25. Deny

26. Deny

27. Deny

**WHEREFORE,** Defendant prays for Judgment against the Plaintiff and requests that the matter be dismissed.

Respectfully Submitted by the Defendant

_____  
Date

*[signature]*  
by Sharon Wood (Fka Murphy)

CERTIFICATE OF SERVICE

I, SHARON WOOD (MURPHY) HEREBY CERTIFY THAT I MAILED A COPY OF MY ANSWER TO <u>JOHN M. MCLAUGHLIN</u> @ <u>77 PLEASANT STREET, NORTHAMPTON, MA 01061</u> BY 1ST CLASS MAIL ON SEPTEMBER 21, 2005

9/21/05                                                          /s/ Sharon Wood (Murphy)