# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: 4:05-cv-40143-FDS |
| ) | |
| **Plaintiff** ) | PLAINTIFF'S ASSENTED TO MOTION |
| ) | TO POSTPONE SCHEDULING |
| **vs.** ) | CONFERENCE |
| ) | |
| **Sharon Wood f/k/a Murphy** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**NOW COMES** the Plaintiff in the above-captioned case, Comcast of Massachusetts III, Inc., and it respectfully Moves that this Court postpone the Scheduling Conference presently scheduled for January 11, 2006 to some date certain at least three weeks in the future.

As grounds, the Plaintiff states:

1. Plaintiff's Counsel and the Defendant have been in contact with each other and they are in serious, substantive negotiations which could result in an amicable resolution to the Civil Action.

2. The Parties need additional time to pursue certain matters in these negotiations. The additional time is necessary because these matters require the Defendant obtaining some documents and sending them to the Plaintiff's Counsel.

3. Postponing this hearing could save the Parties considerable costs and/or expenses which could help in the ultimate resolution of the matter through negotiations.

4. The Defendant assents to this motion.

In further support of this motion, see affidavit of John M. McLaughlin

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's Counsel certifies that he spoke to the Defendant and she fully assents to this motion.

Page 1

Respectfully Submitted for the Plaintiff,

By Its Attorney,

| | |
|---|---|
| 1/6/2006 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061-0210 |
| | Telephone: (413) 586-0865 |

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 6th day of January, 2006, a copy of the foregoing motion and affidavit were sent via electronic mail to

sharcharlet@aol.com

                                         /s/ John M. McLaughlin
                                         John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Worcester)**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**   ) | Case No.: 4:05-cv-40143-FDS |
| ) | |
| **Plaintiff**   ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S ASSENTED** |
| **vs.**   ) | **TO MOTION TO POSTPONE** |
| ) | **SCHEDULING CONFERENCE** |
| **Sharon Wood f/k/a Murphy**   ) | |
| ) | |
| **Defendant**   ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been in contact with the Defendant and we are in serious, substantive negotiations which could result in an amicable resolution to the Civil Action.

2. We need additional time to pursue certain matters in these negotiations. The additional time is necessary because these matters require the Defendant to obtain some documents and send them to me.

3. Postponing this hearing could save the parties considerable costs and/or expenses which could help in the ultimate resolution of the matter through negotiations.

4. The Defendant assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury.


1/6/06                                                                    /s/ John M. McLaughlin
Date                                                                       John M. McLaughlin (BBO: 556328)


Page   1