# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** | ) Case No.: **4:05-cv-40143-FDS** |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| **Sharon Wood** | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1/3/06
_____
Date

1

Respectfully Submitted by the Defendant,
Sharon Wood

_1/27/06_
Date

_Sharon Wood_
78 Pennacook Drive
Leominster, MA 01453